UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ANDROSHCHUK, | Case No. 2:25-cv-0397-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| B. CORRALEJO, *et al.*, | |
| Defendants. | |

    Plaintiff has filed three motions seeking either an extension of time to file an amended complaint or to stay this action.[1]  Plaintiff's motion to stay does not sufficiently explain why this matter must be stayed.  Instead, good cause appearing, plaintiff will be granted an additional thirty days to file an amended complaint.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's motions for an extension of time, ECF No. 15 & 16, are GRANTED;

    2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint; and

---

[1] In his first motion for time, plaintiff seems to suggest that he wants to file an amended complaint about an incident that occurred in September of this year. *See* ECF No. 15. If plaintiff wants to file a complaint relating to the September incident, he must do so in a separate complaint. Plaintiff's amended complaint in this case must pertain to the allegations in the initial complaint.

3. Plaintiff's motion to stay, ECF No. 17, is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   October 7, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE