UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ANDROSHCHUK,<br>Plaintiff,<br>v.<br>METCALF, *et al.*,<br>Defendants. | Case No. 2:25-cv-0397-WBS-JDP (P)<br><br>ORDER |

On August 24, 2026, defendants Baliton, Cesares, and Hurd filed a motion to dismiss. ECF No. 36. To date, plaintiff has not filed an opposition or statement of non-opposition to that motion. He must file an opposition (or statement of non-opposition) within fourteen days of this order's entry. If he fails to do so, I will recommend that this action be dismissed for failure to prosecute and failure to follow court orders.

To manage its docket effectively, the court imposes deadlines and requires litigants to meet those deadlines. The court may dismiss a case for plaintiff's failure to prosecute or failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."). Involuntary dismissal is a harsh penalty, but the court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v.*

*Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

Plaintiff will be given an opportunity to explain why the court should not dismiss his case for failure to file an opposition or statement of non-opposition to Baliton, Cesares, and Hurd's motion. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in dismissal of this case. Accordingly, plaintiff must show cause within fourteen days of the date of entry of this order why the court should not dismiss his case for failure to prosecute. Should plaintiff wish to continue with this lawsuit, he shall also file, within fourteen, an opposition or statement of non-opposition.

IT IS SO ORDERED.

Dated: September 23, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE