UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ANDROSHCHUK,<br>Plaintiff,<br>v.<br>METCALFE, *et al.*,<br>Defendants. | Case No. 2:25-cv-0397-WBS-JDP (P)<br><br><u>ORDER</u> |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 19, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, ECF No. 42, are adopted in full;

2. Defendants' motion to dismiss, ECF No. 36, is GRANTED;

3. Plaintiff's claims against Casarez, Hurd, and Baliton are DISMISSED without leave to amend; and

4. This matter is referred back to the magistrate judge for further proceedings.

Dated: November 13, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE